**Joe LONG, Petitioner–Appellant,**

v.

**Connie (Long) BUSHELL,
Movant–Respondent.**

**No. WD 41629.**

Missouri Court of Appeals,
Western District.

May 15, 1990.

James J. Wheeler, Keytesville, for petitioner-appellant.

Christopher W. Dorrance and James D. Worthington, Lexington, for movant-respondent.

Before NUGENT, C.J., and SHANGLER and GAITAN, JJ.

### ORDER

PER CURIAM:

Consolidated appeals from two orders of the circuit court awarding Connie Bushell attorney's fees for defending actions that Mr. Long initiated following a modification of dissolution hearing.

Affirmed. Rule 84.16(b).